Aleshire v. City Railway Co............ 19414
Alter v. Shearwood et .............. 19413
Elmore-Harris Bd. Ed. v. Neiman ...... 19412
Fitzsimmons Realty Co. v. Minnich.... 19411
Hutson v. Briggs .................. 19410
Perrine v. Perrine et ................ 19422
State ex v. Bloomsfield Bd Ed........ 19418
State ex v. Dover Bd. Ed............. 19420
State ex v. Melrose Bd. Ed............ 19419
Wagner v. State ................... 19416
Watkins v. State ................... 19415

### NOV. 10, 1925

19410—Rufus W. Hutson v. O. Briggs; motion for Fayette Appeals to certify. Vorys, Sater, Seymour & Pease, Columbus; J. P. Phillips, Chillicothe, and J. Logan, Washington Court House, for pltf; Badger & Cowan and C. J. Pretzman, Columbus, for deft.

19411—Fitzsimmons Realty Co. v. Ohmer C. Minnich; motion for Cuyahoga Appeals to certify. White, Cannon & Spieth, Cleveland, for pltf; G. W. Spooner, Cleveland, for deft.

19412—Board of Education of the Elmore-Harris Twp. School District of Ottawa County v. Henry W. Neiman and Delia A. Neiman; motion for Ottawa Appeals to certify. Graves & Duff, Oak Harbor, and Stahl & Price, Toledo, for pltf; True & Crawford, Port Clinton, and Charles E. Chittenden, Toledo, for deft.

### NOV. 12, 1925

19413—Robert S. Alter v. Robert Shearwood et al; motion for Hamilton Appeals to certify. Harmon, Colston, Goldsmith & Hoadley, Cincinnati, for pltf; Jones, Shook, Morrissey & Terry, Cincinnati, for deft.

19414—Leslie B. Aleshire v. City Railway Co.; motion for Montgomery Appeals to certify. Marshall & Harlan, Dayton, for pltf; McMahon, Corwin, Landis & Markham, Dayton, for deft.

### NOV. 13, 1925

19415—James Watkins v. State of Ohio; motion for Mahoning Appeals to certify. Toothaker & Rendinell, Youngstown, for pltf; C. C. Crabbe, Columbus, for deft.

19416—John Wagner v. State of Ohio; motion for Hocking Appeals to certify. J. D. Ricketts, Logan, for pltf; E. Wright, Logan, for deft

19417—Industrial Commission of Ohio v. Della Cherry; motion for Franklin Appeals to certify. C. C. Crabbe, J. R. King, et al, Columbus, for pltf.

19418—State of Ohio ex rel, Retirement Bd. of the State Teachers Retirement System v. Board of Education of Bloomsfield Rural School District, Logan County, et al; in mandamus. C. C. Crabbe, W. E. Benoy and C. S. Best, Columbus, for pltf.

19419—State of Ohio ex rel, Retirement Bd. of the State Teachers Retirement System v. Board of Education of Melrose Rural School District, Paulding County, et al; in mandamus. C. C. Crabbe, W. E. Benoy, and C. S. Best, Columbus, for pltf.

### NOV. 14, 1925

19420—Same v. Board of Education of Dover Rural School District, Fulton County, et al. same. Same.

19421—Thomas D. Huntington et al v. Richard R. McMahon et al; motion for Franklin Appeals to certify. Arnold, Wright & Harlor, Columbus, for pltf; F. H. Game, O. W. Newman and M. W. Bradshaw, Columbus, for defts.

19422—Benjamin F. Perrine v. Geo. G. Perrine and Geo. E. Young; error to Warren Appeals. E. H. Williams, Cincinnati, for pltf; D. E. Stanley, Lebanon, for deft.

## PROCEEDINGS OF SUPREME COURT

### GENERAL DOCKET

Cleve. Conn. Asht. Bus. v. Pub. Util. Comm. .......................... 19142
Keith et v. State ex.................. 19141
Ross et v. Adams Mills School Dist.... 19096
State ex v. Adams Mills Bd. Ed........ 19345
State ex v. Blue Creek Bd. Ed......... 19385
State ex v. Goshen Bd. Ed............ 19399
State ex v. Montgomery Bd. Ed....... 19399
State ex v. Ridgway Bd. Ed........... 19403
State ex v. Wabash Bd. Ed........... 19405
State ex v. Kinkead et................ 19204
Tuck v. Chapple .............. 19025, 19026
Turk v. Pub. Util. Comm............. 19362

### MOTION DOCKET

Davis v. Hussey ................... 19257
Deem v. State ex .................. 19343
Francis Willard Co. v. Jones.......... 19269
Indust. Comm. v. Van Horn........... 19271
Little v. State .................... 19226
New Amsterdam Cas. Co. v. Norwalk (city) .......................... 19306

### OHIO SUPREME COURT
### THURSDAY, NOVEMBER 12, 1925
### GENERAL DOCKET

19345—State of Ohio ev rel Retirement Bd. of State Teachers Retirement System, et al, v. Board of Education of Adams Mills Rural School District, et al. In Mandamus. Writ allowed. Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Marshall, CJ., not participating. Dock. 9-1-25; 3 Abs. 546.

19096—Robert W. Ross et al v. Adams Mills Rural School District, et al; error to Muskingum Appeals. Judgment affirmed. Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Marshall, CJ., not participating. Dock. 4-24-25; 3 Abs. 278.